UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID LEE JACKSON,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-00338 |
| VERSUS | DISTRICT JUDGE DRELL |
| FEDERAL BUREAU OF<br>PRISONS, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 57) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22ND day of September 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT